UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TREVOR BISHAI,

                                Plaintiff,

                -against-

 CITY OF NEW YORK, et al.,

                            Defendants.
------------------------------------------------------------------------ x

NOTICE OF APPEARANCE

25-CV-4792 (CHK)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for

Defendant the City of New York, on behalf of the Corporation Counsel of the City of New York,

MURIEL GOODE-TRUFANT, and requests that all future papers in this action be served upon

the undersigned at the address stated below.

                            MURIEL GOODE-TRUFANT
                            Corporation Counsel
                            of the City of New York
                            *Attorney for Defendant City of New York*
                            100 Church Street
                            New York, NY 10007

                            By:
                            */S/ Jeffrey Noll*
                            **JEFFREY NOLL, ESQ.**
                            *Assistant Corporation Counsel*
                            (212) 356-2617
                            jnoll@law.nyc.gov

cc:     VIA ECF
        *All Counsel of Record*

1