UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

TREVOR BISHAI,

                                           Plaintiff,

         -against-

CITY OF NEW YORK, OFFICER OLIVER LIEBOWITZ, individually and in his official capacity, JOHN DOES 1-5, individually and in their official capacity,

                                           Defendants.

------------------------------------------------------------------- x

**ANSWER TO THE COMPLAINT ON BEHALF OF DEFENDANTS CITY AND OLIVER LIEBOWITZ**

25-CV-4792 (CHK)

**JURY TRIAL DEMANDED**

        Defendants City of New York and Oliver Liebowitz, by their attorney, Muriel Goode-Trufant, Corporation Counsel of the City of New York, for their answer to the Complaint, respectfully allege, upon information and belief, as follows:

        Deny the allegations set forth therein the section entitled "Introduction" of the Complaint, except admit that Plaintiff purports to proceed as stated therein.

        1.     Deny the allegations set forth therein in Paragraph "1" of the Complaint, except admit that Plaintiff purports to invoke the Court's jurisdiction as stated therein.

        2.     Deny the allegations set forth therein in Paragraph "2" of the Complaint, except admit that Plaintiff purports to invoke the Court's supplemental jurisdiction as stated therein.

        3.     Deny the allegations set forth therein in Paragraph "3" of the Complaint, except admit that Plaintiff purports to base venue in this district as stated therein.

        4.     Deny the allegations set forth therein in Paragraph "4" of the Complaint, except admit that Plaintiff purports to proceed as stated therein.

5. Deny the allegations set forth in paragraph "5" of the Complaint, except admit that a document purporting to be a Notice of Claim was received on January 13, 2025.

6. Paragraph "6" of the Complaint is a demand for a trial by jury to which no response is required.

7. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "7" of the Complaint.

8. Deny the allegations set forth in paragraph "7" of the Complaint, except admit that Oliver Liebowitz was and remains an employee of the City of New York as a member of the New York City Police Department ("NYPD"), and that Plaintiff purports to proceed as stated therein; insofar as the paragraph contains conclusion of law, no response is required.

9. Deny the allegations set forth in paragraph "9" of the Complaint, except admit that that the City of New York ("City") is a municipal corporation duly organized and existing under the laws of the State of New York and that the City maintains the NYPD by law and respectfully refers the Court to the New York City Charter and Administrative Code for a full recitation of organization and responsibilities of the NYPD.

10. Deny the allegations set forth in paragraph "10" of the Complaint, and state that insofar as the paragraph contains conclusions of law, no response is required.

11. Deny the allegations set forth in paragraph "11" of the Complaint, and state that insofar as the paragraph contains conclusions of law, no response is required; defendants further deny knowledge or information sufficient to form a belief as to the truth of the allegations concerning any unidentified NYPD officers.

12. Deny the allegations set forth in paragraph "12" of the Complaint, except admit that on May 31, 2024, sometime around 6:30 p.m., Plaintiff was riding his bike in the vicinity of Washington Avenue and Eastern Parkway in Brooklyn.

13. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "13" of the Complaint.

14. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "14" of the Complaint.

15. Deny the allegations set forth in paragraph "15" of the Complaint.

16. Deny the allegations set forth in paragraph "16" of the Complaint.

17. Deny the allegations set forth in paragraph "17" of the Complaint; and further deny knowledge or information sufficient to form a belief as to the truth of the allegations concerning any unidentified NYPD officer.

18. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "18" of the Complaint.

19. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "19" of the Complaint.

20. Deny the allegations set forth in paragraph "20" of the Complaint.

21. Deny the allegations set forth in paragraph "21" of the Complaint, except admit that while riding his bike, Plaintiff struck Officer Liebowitz..

22. Deny the allegations set forth in paragraph "22" of the Complaint, except admit that Plaintiff eventually apologized to Officer Liebowitz.

23. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "23" of the Complaint.

24. Deny the allegations set forth in paragraph "24" of the Complaint, except admit that Plaintiff was taken to the ground; and further deny knowledge or information sufficient to form a belief as to the truth of the allegations concerning any unidentified NYPD officer.

25. Deny the allegations set forth in paragraph "25" of the Complaint.

26. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "26" of the Complaint, except admit that Plaintiff was handcuffed.

27. Deny the allegations set forth in Paragraph "27" of the Complaint.

28. Deny the allegations set forth in paragraph "28" of the Complaint.

29. Deny the allegations set forth in paragraph "29" of the Complaint.

30. Deny the allegations set forth in paragraph "30" of the Complaint.

31. Deny the allegations set forth in paragraph "31" of the Complaint, except admit that Plaintiff was criminal charged with Assault in the Second Degree, Bicycling on a Prohibited Sidewalk, Menacing in the Second Degree, Obstructing Governmental Administration, Resisting Arrest, Criminal Possession of a Weapon in the Fourth Degree, Attempted Assault, and Harassment in the Second Degree.

32. Deny the allegations set forth in paragraph "32" of the Complaint.

33. Deny the allegations set forth in paragraph "33" of the Complaint.

34. Deny the allegations set forth in paragraph "34" of the Complaint.

35. Paragraph "35" of the Complaint does not contain allegations of fact, but sets forth conclusions of law to which no response is required. To the extent a response is required, defendants deny the allegations in paragraph "35" of the Complaint.

36. Deny the allegations set forth in paragraph "36" of the Complaint.

37. Deny the allegations set forth in paragraph "37" of the Complaint.

38. Deny the allegations set forth in paragraph "38" of the Complaint.

39. Deny the allegations set forth in paragraph "39" of the Complaint.

40. Deny the allegations set forth in paragraph "40" of the Complaint.

41. Deny the allegations set forth in paragraph "41" of the Complaint.

42. Deny the allegations set forth in paragraph "42" of the Complaint.

43. Deny the allegations set forth in paragraph "43" of the Complaint, except admit that the Assault in the Second Degree charges against Plaintiff were dismissed on July 14, 2024 and the remaining charges were dismissed on October 15, 2024.

44. Deny the allegations set forth in paragraph "44" of the Complaint.

45. Deny the allegations set forth in paragraph "45" of the Complaint.

46. Deny the allegations set forth in paragraph "46" of the Complaint.

47. In response to paragraph "47" of the Complaint, Defendants repeat and reallege the responses set forth in the previous paragraphs as though fully set forth herein.

48. Deny the allegations set forth in paragraph "48" of the Complaint.

49. Deny the allegations set forth in paragraph "49" of the Complaint.

50. Deny the allegations set forth in paragraph "50" of the Complain.

51. Deny the allegations set forth in paragraph "51" of the Complaint.

52. Deny the allegations set forth in paragraph "52" of the Complaint.

53. Deny the allegations set forth in paragraph "53" of the Complaint.

54. Deny the allegations set forth in paragraph "54" of the Complaint, except admit that Plaintiff purports to proceed as stated therein.

55. In response to paragraph "55" of the Complaint, Defendants repeat and reallege the responses set forth in the previous paragraphs as though fully set forth herein.

56. Deny the allegations set forth in paragraph "56" of the Complaint.

57. Deny the allegations set forth in paragraph "57" of the Complaint.

58. Deny the allegations set forth in paragraph "58" of the Complaint.

59. Deny the allegations set forth in paragraph "59" of the Complaint.

60. Deny the allegation set forth in paragraph "60" of the Complaint, except admit that Plaintiff purports to proceed as stated therein.

61. In response to paragraph "61" of the Complaint, Defendants repeat and reallege the responses set forth in the previous paragraphs as though fully set forth herein.

62. Deny the allegations set forth in paragraph "62" of the Complaint.

63. Deny the allegations set forth in paragraph "63" of the Complaint.

64. Deny the allegations set forth in paragraph "64" of the Complaint.

65. Deny the allegations set forth in paragraph "65" of the Complaint.

66. Deny the allegations set forth in paragraph "66" of the Complaint.

67. Deny the allegations set forth in paragraph "67" of the Complaint.

68. Deny the allegations set forth in paragraph "68" of the Complaint.

69. Deny the allegations set forth in paragraph "69" of the Complaint.

70. Deny the allegations set forth in paragraph "70" of the Complaint.

71. Deny the allegations set forth in paragraph "71" of the Complaint.

72. Deny the allegations set forth in paragraph "72" of the Complaint.

73. Deny the allegations set forth in paragraph "73" of the Complaint.

74. Deny the allegations set forth in paragraph "74" of the Complaint.

75. Deny the allegations set forth in paragraph "75" of the Complaint.

76. Deny the allegations set forth in paragraph "76" of the Complaint.

77. Deny the allegations set forth in paragraph "77" of the Complaint.

78. Deny the allegations set forth in paragraph "78" of the Complaint.

79. Deny the allegations set forth in paragraph "79" of the Complaint.

80. Deny the allegations set forth in paragraph "80" of the Complaint.

81. Deny the allegations set forth in paragraph "81" of the Complaint.

82. Deny the allegations set forth in paragraph "82" of the Complaint.

83. Deny the allegations set forth in paragraph "83" of the Complaint.

84. Deny the allegations set forth in paragraph "84" of the Complaint.

85. Deny the allegations set forth in paragraph "85" of the Complaint; and state that insofar as the paragraph contains conclusions of law, no response is required.

86. Deny the allegations set forth in paragraph "86" of the Complaint.

87. Deny the allegations set forth in paragraph "87" of the Complaint.

88. Deny the allegations set forth in paragraph "88" of the Complaint.

89. Deny the allegations set forth in paragraph "89" of the Complaint.

90. Deny the allegations set forth in paragraph "90" of the Complaint.

91. Deny the allegations set forth in paragraph "91" of the Complaint.

92. Deny the allegations set forth in paragraph "92" of the Complaint.

93. Deny the allegations set forth in paragraph "93" of the Complaint.

94. Deny the allegations set forth in paragraph "94" of the Complaint, except admit that Plaintiff purports to proceed as stated therein..

- 8 -

95. In response to paragraph "95" of the Complaint, Defendants repeat and reallege the responses set forth in the previous paragraphs as though fully set forth herein.

96. Deny the allegations set forth in paragraph "96" of the Complaint; and state that insofar as the paragraph contains conclusions of law, no response is required.

97. Deny the allegations set forth in paragraph "97" of the Complaint, except admit that Plaintiff purports to proceed as stated therein.

98. In response to paragraph "98" of the Complaint, Defendants repeat and reallege the responses set forth in the previous paragraphs as though fully set forth herein.

99. Deny the allegations set forth in paragraph "99" of the Complaint.

100. Deny the allegations set forth in paragraph "100" of the Complaint.

101. Deny the allegations set forth in paragraph "101" of the Complaint.

102. Deny the allegations set forth in paragraph "102" of the Complaint.

103. Deny the allegations set forth in paragraph "103" of the Complaint.

104. Deny the allegations set forth in paragraph "104" of the Complaint, except admit that Plaintiff purports to proceed as stated therein.

105. In response to paragraph "105" of the Complaint, Defendants repeat and reallege the responses set forth in the previous paragraphs as though fully set forth herein.

106. Deny the allegations set forth in paragraph "106" of the Complaint.

107. Deny the allegations set forth in paragraph "107" of the Complaint.

108. Deny the allegations set forth in paragraph "108" of the Complaint.

109. Deny the allegations set forth in paragraph "109" of the Complaint.

110. Deny the allegations set forth in paragraph "110" of the Complaint.

111. Deny the allegations set forth in paragraph "111" of the Complaint.

112. Deny the allegations set forth in paragraph "112" of the Complaint, except admit that Plaintiff purports to proceed as stated therein.

113. In response to paragraph "113" of the Complaint, Defendants repeat and reallege the responses set forth in the previous paragraphs as though fully set forth herein.

114. Deny the allegations set forth in paragraph "114" of the Complaint.

115. Deny the allegations set forth in paragraph "115" of the Complaint.

116. Deny the allegations set forth in paragraph "116" of the Complaint.

117. Deny the allegations set forth in paragraph "117" of the Complaint.

118. Deny the allegations set forth in paragraph "118" of the Complaint.

119. Deny the allegations set forth in paragraph "119" of the Complaint.

120. Deny the allegations set forth in paragraph "120" of the Complaint.

121. Deny the allegations set forth in paragraph "121" of the Complaint.

122. Deny the allegations set forth in paragraph "122" of the Complaint.

123. Deny the allegations set forth in paragraph "123" of the Complaint

124. Deny the allegations set forth in paragraph "124" of the Complaint, except admit that Plaintiff purports to proceed as stated therein.

125. In response to paragraph "125" of the Complaint, Defendants repeat and reallege the responses set forth in the previous paragraphs as though fully set forth herein.

126. Deny the allegations set forth in paragraph "126" of the Complaint.

127. Deny the allegations set forth in paragraph "127" of the Complaint.

128. Deny the allegations set forth in paragraph "128" of the Complaint.

129. Deny the allegations set forth in paragraph "129" of the Complaint.

130. Deny the allegations set forth in paragraph "130" of the Complaint.

131. Deny the allegations set forth in paragraph "131" of the Complaint.

132. Deny the allegations set forth in paragraph "132" of the Complaint.

133. Deny the allegations set forth in paragraph "133" of the Complaint, except admit that Plaintiff purports to proceed as stated therein.

### AS AND FOR A FIRST DEFENSE/ AFFIRMATIVE DEFENSE:

134. The Complaint fails to states a claim upon which relief can be granted, because the force, to the extent used, was reasonable under the circumstances and there was probable cause to arrest and prosecute Plaintiff.

### AS AND FOR A SECOND DEFENSE/ AFFIRMATIVE DEFENSE:

135. Defendants have not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, or any Act of Congress providing for the protection of Civil Rights, because Defendants did not subject Plaintiff to excessive force and there was probable cause to arrest and prosecute Plaintiff.

### AS AND FOR A THIRD DEFENSE/AFFIRMATIVE DEFENSE:

136. At all times relevant to the acts alleged in the Complaint, Defendant City, its agents and officials, acted reasonably and properly in the lawful exercise of their discretion

and/or judgmental functions/decisions. Therefore, the City is entitled to governmental immunity from liability on Plaintiff's state law claims.

### AS AND FOR A FOURTH DEFENSE/AFFIRMATIVE DEFENSE:

137. Punitive damages are not recoverable against the City.

### AS AND FOR A FIFTH DEFENSE/AFFIRMATIVE DEFENSE:

138. The individual defendant has not violated any clearly established constitutional or statutory right of which a reasonable person would have known and, therefore, is protected by qualified immunity.

### AS AND FOR AN SIXTH DEFENSE/AFFIRMATIVE DEFENSE:

139. Any injury alleged to have been sustained resulted from Plaintiff's own culpable or negligent conduct, and/or the culpable or negligent conduct of third parties, and was not the proximate result of any act of Defendant City.

**WHEREFORE**, Defendants City and Liebowitz request judgment dismissing the Complaint in its entirety, together with the costs and disbursements of the action, and such other and further relief as the Court may deem just and proper.

Dated: November 21, 2025
       New York, New York

                                          MURIEL GOODE-TRUFANT
                                          Corporation Counsel of the
                                          City of New York
                                          *Attorney for Defendants City and Liebowitz*
                                          100 Church Street
                                          New York, NY 10007

                                          By:   /s/ *Jeffrey Noll*
                                                Jeffrey Noll, Esq.
                                                *Assistant Corporation Counsel*

cc:    **VIA ECF**
        All Counsel of Record
        *Attorney for Plaintiff*