AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

TREVOR BISHAI

*Plaintiff(s)*

v.   Civil Action No. 1:25-cv-04792-CHK

CITY OF NEW YORK, OFFICER Oliver Leibowitz, Duke Tortorici Shield No. 11136, Detective Jeffrey Brown Shield No. 974, Captain Christopher Carlsen Tax Id 947998, Sergeant Robert Price Shield No. 361

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TAHANIE A. ABOUHSI
THE ABOUSHI LAW FIRM, PLLC
1441 Broadway, 5th Floor
NY, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-04792-CHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

1. Duke Tortorici Shield No. 11136

   CMD: 061 Precinct

   2575 Coney Island Ave

   Brooklyn, NY 11223

2. Detective Jeffrey Brown Shield No. 974

   CMD: 061 Precinct

   2575 Coney Island Ave

   Brooklyn, NY 11223

3. Captain Christopher Carlsen Tax Id 947998

   CMD: 061 Precinct

   2575 Coney Island Ave

   Brooklyn, NY 11223

4. Sergeant Robert Price Shield No. 3619

   CMD: 061 Precinct

   2575 Coney Island Ave

   Brooklyn, NY 11223

5. Deputy Chief Mary King Tax Id 936872

   CMD: 061 Precinct

   2575 Coney Island Ave

   Brooklyn, NY 11223

6. Michael Warren Shield No. 3582

    CMD: 061 Precinct

    2575 Coney Island Ave

    Brooklyn, NY 11223

7. Ho Lam Shield No. 19502

    CMD: 061 Precinct

    2575 Coney Island Ave

    Brooklyn, NY 11223

8. Lieutenant Luis Machado Tax Id 940403

    CMD: 061 Precinct

    2575 Coney Island Ave

    Brooklyn, NY 11223

9. Luis A. Gonzalezortega Shield No. 12216

    CMD: 061 Precinct

    2575 Coney Island Ave

    Brooklyn, NY 11223

10. Sergeant Jose Troncoso Shield No. 5573

    1278 Sedgwick Ave

    Bronx, NY 10452