AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

TREVOR BISHAI

*Plaintiff(s)*

v.

CITY OF NEW YORK, NYPD Members Oliver Leibowitz, Duke Tortorici Shield No. 11136, Detective Jeffrey Brown Shield No. 974, Captain Christopher Carlsen Tax Id 947998, Sergeant Robert Price Shield No. 3619, Deputy Chief Mary King Tax Id 936872, Michael Warren Shield No. 3582, Ho Lam Shield No. 19502, Lieutenant Luis Machado Tax Id 940403, Luis A. Gonzalezortega Shield No. 12216, Sergeant Jose Troncoso Shield No. 5573, and John Does 1-5, individually and in their official capacities.

*Defendant(s)*

Civil Action No.   1:25-cv-04792-CHK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**SEE ATTACHED RIDER.**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**TAHANIE A. ABOUSHI
THE ABOUSHI LAW FIRM, PLLC
1441 BROADWAY, SUITE 5036
NY, NY 10018**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR BISHAI,<br><br>        Plaintiff,<br><br>vs.<br><br><br>CITY OF NEW YORK, NYPD Members Oliver Leibowitz, Duke Tortorici Shield No. 11136, Detective Jeffrey Brown Shield No. 974, Captain Christopher Carlsen Tax Id 947998, Sergeant Robert Price Shield No. 3619, Deputy Chief Mary King Tax Id 936872, Michael Warren Shield No. 3582, Ho Lam Shield No. 19502, Lieutenant Luis Machado Tax Id 940403, Luis A. Gonzalezortega Shield No. 12216, Sergeant Jose Troncoso Shield No. 5573, and John Does 1-5, individually and in their official capacities.<br><br>        Defendants. | Civil Case No.<br><br>1:25-cv-04792-CHK |

### **Summons Rider**

### **UNITED STATES DISTRICT COURT**

### **EASTERN DISTRICT OF NEW YORK**

1. Duke Tortorici Shield No. 11136

    CMD: 061 Precinct

    2575 Coney Island Ave

    Brooklyn, NY 11223

2. Detective Jeffrey Brown Shield No. 974

    CMD: 061 Precinct

    2575 Coney Island Ave

    Brooklyn, NY 11223

3. Captain Christopher Carlsen Tax Id 947998

CMD: 061 Precinct

2575 Coney Island Ave

Brooklyn, NY 11223

4. Sergeant Robert Price Shield No. 3619

CMD: 061 Precinct

2575 Coney Island Ave

Brooklyn, NY 11223

5. Deputy Chief Mary King Tax Id 936872

CMD: 061 Precinct

2575 Coney Island Ave

Brooklyn, NY 11223

6. Michael Warren Shield No. 3582
CMD: 061 Precinct

2575 Coney Island Ave

Brooklyn, NY 11223

7. Ho Lam Shield No. 19502

CMD: 061 Precinct

2575 Coney Island Ave

Brooklyn, NY 11223

8. Lieutenant Luis Machado Tax Id 940403

CMD: 061 Precinct

2575 Coney Island Ave

Brooklyn, NY 11223

9. Luis A. Gonzalezortega Shield No. 12216

CMD: 061 Precinct

2575 Coney Island Ave

    Brooklyn, NY 11223

10. Sergeant Jose Troncoso Shield No. 5573

    CMD: 061 Precinct

    2575 Coney Island Ave

    Brooklyn, NY 11223

11. OFFICER Oliver Leibowitz

    CMD: 061 Precinct

    2575 Coney Island Ave

    Brooklyn, NY 11223

12. CITY OF NEW YORK

    100 Church St

    New York, NY 10007