

February 10, 2026

Hon. Kiyo A. Matsumoto
United States District Court Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing

      **Re:**        **Bishai v. The City of New York et al, 1:25-cv-04792-KAM-CHK**

Dear Judge Matsumoto:

I, along with co-counsel, represent Mr. Bishai in this matter and write pursuant to this Court's order dated February 6, 2026, and Section II(A) of Your Honor's Individual Rules.

The Stipulation of Dismissal jointly filed on February 5, 2026, at ECF No. 22, is intended to dismiss this action as to all Defendants, including those named in the Amended Complaint, at ECF No. 17.

                                           Respectfully submitted,

                               *Leena Mohmoud Widdi*

                               Leena Mohmoud Widdi
                               Cohen&Green P.L.L.C.
                               *Attorneys for Trevor Bishai* 1639
                               Centre St., Suite 216
                               Ridgewood, New York 11385

cc: All Counsel of Record