UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

2/5/26

------------------------------------------------------------------------ x

TREVOR BISHAI,

                                                   Plaintiff,

-against-

CITY OF NEW YORK, NYPD Members Oliver Leibowitz, Duke Tortorici Shield No. 11136, Detective Jeffrey Brown Shield No. 974, Captain Christopher Carlsen Tax Id 947998, Sergeant Robert Price Shield No. 3619, Deputy Chief Mary King Tax Id 936872, Michael Warren Shield No. 3582, Ho Lam Shield No. 19502, Lieutenant Luis Machado Tax Id 940403, Luis A. Gonzalezortega Shield No. 12216, Sergeant Jose Troncoso Shield No. 5573, and John Does 1-5, individually and in their official capacities,

                                            Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

25-CV-4792 (KAM)(CHK)

------------------------------------------------------------------------ x

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

        [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       February 4, 2026

| | |
|---|---|
| THE ABOUSHI LAW FIRM PLLC<br>*Attorneys for Plaintiff*<br>1441 Broadway, 5th Floor<br>New York, NY 10018<br>(212) 391-8500 | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York and Leibowitz*<br>100 Church Street<br>New York, New York 10007 |
| By: *Tahanie A. Aboushi*<br>    Tahanie A. Aboushi<br>    *Attorney for Plaintiff* | By: *Jeffrey Noll, Esq.*<br>    Jeffrey Noll<br>    *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. CLAY H. KAMINSKY
UNITED STATES MAGISTRATE JUDGE

Dated: _____, 2026

2